STATE v. WILLIAMS

No. 280P87.

Case below: 85 N.C. App. 539.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 July 1987.

STATE v. WINSTEAD

No. 333P87.

Case below: 85 N.C. App. 722.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 July 1987.

STATE ex rel. UTILITIES COMM. v. THORNBURG

No. 160P87.

Case below: 84 N.C. App. 482.

Petition by plaintiff (CP&L) for discretionary review pursuant to G.S. 7A-31 denied 28 July 1987.

WILES v. N. C. FARM BUREAU INS. CO.

No. 236P87.

Case below: 85 N.C. App. 162.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 July 1987.